IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKEL GUELTZAU,<br><br>               Plaintiff,<br><br>vs.<br><br>BRIAN CRAFT, in his individual and official capacity; and CONCORDE MANAGEMENT & DEVELOPMENT, INC.,<br><br>               Defendants. | 8:25CV298<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Concorde Management & Development Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Filing No. 11. The Motion is dated May 10, 2025, but was filed in this Court on May 29, 2025. Plaintiff previously submitted correspondence dated May 7, 2025, and filed with the Court on May 21, 2025, Filing No. 8, which the Court liberally construed as a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41 and granted on May 23, 2025. Accordingly, because this matter was previously dismissed without prejudiced at Plaintiff's request,

IT IS ORDERED that: Plaintiff's Motion to Dismiss Defendant Concorde Management & Development Without Prejudice, Filing No. 11, is denied as moot.

Dated this 30th day of May, 2025.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge